IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



PAUL O. PARTIN, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:08CV238-HEH
)
GABRIEL MORGAN, *et al.*, )
)
    Defendants. )

## ORDER
(Overruling Objections to Report and Recommendation and Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that: Plaintiff's objections to the Report and Recommendation are OVERRULED; the Report and Recommendation is ACCEPTED AND ADOPTED; the action is DISMISSED; Plaintiff's motion for law library access (Docket No. 20) is DENIED; Plaintiff's motion to change venue (Docket No. 19) is DENIED AS MOOT; and the Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Plaintiff may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiff.

And it is so ORDERED.

Date: July 28, 2009
Richmond, Virginia

    /s/
Henry E. Hudson
United States District Judge